D. CHRIS ALBRIGHT, ESQ.
Nevada State Bar No. 004904
WILLIAM H. STODDARD, JR., ESQ.
Nevada State Bar No. 008679
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, NV 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
dca@albrightstoddard.com
bstoddard@albrightstoddard.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MEDICAL CAPITAL HOLDINGS, INC., a Nevada corporation; and MEDICAL CAPITAL CORPORATION, a Nevada corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> QUALITY CARE, LLC, a New Jersey corporation; FRED WALTERS, an individual; and JOHN BREINING, an individual, <br><br> Defendants. | CASE NO.   2:06-cv-00768-PMP-PAL <br><br> **RENEWAL OF JUDGMENT** |

Having considered the Affidavit of D. Chris Albright, Esq., attorney for Plaintiffs MEDICAL CAPITAL HOLDINGS, INC., a Nevada corporation, and MEDICAL CAPITAL CORPORATION, a Nevada corporation, to renew the Order for Judgment by Default granted by this court on October 11, 2006, and filed herein on October 12, 2006, in favor of Plaintiffs and against Defendants QUALITY CARE, LLC, FRED WALTERS and JOHN BREINING, jointly and severally, for the principal sum of $396,679.90, with interest accruing thereon at eighteen percent (18%) per annum, from June 22, 2006 until paid in full, together with attorneys' fees and costs of $3,729.00, and good cause appearing, it is hereby

**ORDERED, ADJUDGED AND DECREED** that said Judgment by Default entered herein on October 12, 2006 in favor of Plaintiffs MEDICAL CAPITAL HOLDINGS, INC., a Nevada corporation, and MEDICAL CAPITAL CORPORATION, a Nevada corporation, and against

Defendants QUALITY CARE, LLC, FRED WALTERS and JOHN BREINING, jointly and severally, for the principal amount of $396,679.90, together with interest accruing thereon at eighteen percent (18%) per annum from June 22, 2006 until paid in full, and attorney's fees and costs in the amount of $3,729.00, with a total amount due and owing as of September 30, 2012 of $920,456.25, be, and the same hereby is, renewed in accordance with Nevada law for an additional period of six (6) years.

DATED this 9th day of October, 2012.

_____
DISTRICT JUDGE.

Submitted by:

ALBRIGHT, STODDARD, WARNICK
& ALBRIGHT

By_____
D. CHRIS ALBRIGHT, ESQ.
Nevada State Bar No. 004904
WILLIAM H. STODDARD, JR., ESQ.
Nevada State Bar No. 008679
801 South Rancho Drive, Suite D-4
Las Vegas, NV  89106
Attorneys for Plaintiffs